UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

(CIVIL MINUTE ORDER)

Case No.  CV-10-385-TUC-DCB/CV-10-431-TUC-FRZ          Date: August 2, 2010

Title: *WildEarth v. USFS/Center  v. USFS*

---

### HONORABLE DAVID C. BURY

---

Proceedings:           _____Open Court        _____Chambers         X   Other

    PLEASE TAKE NOTICE:

    IT IS ORDERED that Defendant's Motion to Reassign Case (Doc. 10) is treated as an unopposed Motion to Transfer Related Case filed pursuant to LRCiv 42.1. [1]

    IT IS FURTHER ORDERED that the motion (Doc. 10) is GRANTED and CV-10-431-TUC-FRZ is transferred to Judge David C. Bury.  All future filings in both cases shall bear the following case numbers:: CV-10-385-TUC-DCB and CV-10-431-TUC-DCB.

    DATED this 2nd day of August, 2010.

David C. Bury
United States District Judge

---

[1] Plaintiff does not oppose the transfer, per se.