IGNACIA S. MORENO
Assistant Attorney General
ROBERT P. WILLIAMS, Trial Attorney
RICKEY D. TURNER JR., Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0229 (tel)
(202) 305-0275 (fax)

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>      Plaintiff,<br><br>            v.<br><br>UNITED STATES FOREST SERVICE,<br><br>      Defendant. | CASE NO. 10-CV-00385-DCB<br><br>**FEDERAL DEFENDANTS'**<br>**MOTION TO TRANSFER VENUE** |
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>      Plaintiff,<br><br>            v.<br><br>UNITED STATES FOREST SERVICE and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>      Defendants. | CASE NO. 10-CV-00431-DCB |

Pursuant to 28 U.S.C. § 1404(a), Federal Defendants United States Fish & Wildlife Service ("FWS") and United States Forest Service ("USFS") respectfully move to transfer venue in the above-captioned cases to the District of New Mexico. As explained more fully in the accompanying memorandum of points and authorities, New Mexico is the locus of the cases, and thus is the most appropriate venue under the factors set forth in 28 U.S.C. § 1391(e) for laying venue in civil actions against federal officers and agencies, as well as the venue provision of the Endangered Species Act ("ESA"), 16 U.S.C. § 1540(g)(3)(A). In addition, a transfer to New Mexico is appropriate for the convenience of parties and witnesses and in the interest of justice. Because Plaintiffs are residents of New Mexico, and not Arizona, their choice of venue here is accorded only minimal weight.

Wherefore, Federal Defendants respectfully request that the Court transfer the above-captioned actions to the District of New Mexico. A proposed order is attached.

Undersigned counsel has conferred with counsel for Plaintiffs and counsel has indicated that Plaintiffs will oppose transfer of either case to New Mexico.

Dated: August 10, 2010

                                            Respectfully Submitted,

                                            IGNACIA S. MORENO,
                                            Assistant Attorney General

                                            /s/ *Robert P. Williams*
                                            ROBERT P. WILLIAMS, Trial Attorney
                                            RICKEY D. TURNER, JR., Trial Attorney
                                            U.S. Department of Justice

Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0210
Fax: (202) 305-0275
Email: robert.p.williams@usdoj.gov
Email: rickey.turner@usdoj.gov

*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 10, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record, including:

Steven Sugarman
Stevensugarman@hotmail.com

*Attorney for WildEarth Guargians*

Marc Fink
mfink@biologicaldiversity.org

Matt Kenna
matt@kenna.net

*Attorneys for Center for Biological Diversity*

/s/ *Robert P. Williams*
ROBERT P. WILLIAMS